UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 17-20716-MOORE

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

CARL ANDRE GUILLAUME,

    Defendant.

_____/

## **REPORT AND RECOMMENDATION ON SUPERVISED RELEASE VIOLATION**

This cause has been referred to the undersigned to take all necessary and proper action as required with respect to any violations of Supervised Release as to Defendant Carl Andre Guillaume (ECF No. 172).

Upon referral from the Honorable K. Michael Moore, this matter was set for status conference on February 25, 2022 for the purpose of scheduling an evidentiary hearing on the violations (ECF No. 174). The hearing was attended by counsel for Defendant, counsel for the government, and U.S. Probation Officer Nelson Valenzuela. At the hearing, defense counsel represented that Defendant intends to admit the violations charged at a final revocation hearing before Chief Judge Moore. Accordingly, he requested that no evidentiary hearing be set for the purpose of establishing those violations, and requested that the matter be set before Judge Moore.

According, it is the recommendation of the undersigned that the Court accept Defendant's admission of guilt and find him guilty of the Supervised Release Violations as charged.

The parties will have seven[1] calendar days from the date of service of this Report and Recommendation within which to file written objections, if any, for consideration by the United States District Judge. Failure to timely file objections will bar a *de novo* determination by the District Judge of anything in this recommendation and shall constitute a waiver of a party's "right to challenge on appeal the district court's order based on unobjected-to factual and legal conclusions." 11th Cir. R. 3-1 (2016); 28 U.S.C. § 636(b)(1)(C); *see also Harrigan v. Metro-Dade Police Dep't Station #4*, 977 F.3d 1185, 1191-92 (11th Cir. 2020).

**RESPECTFULLY SUBMITTED** in Chambers in Miami, Florida, this 25th day of February, 2022.

_____
LAUREN F. LOUIS
**UNITED STATES MAGISTRATE JUDGE**

cc: The Honorable K. Michael Moore
    Counsel of record

---

[1] The period to object herein is shortened, as Defendant has expressed his desire to appear before Judge Moore for his final revocation hearing and neither side objected to a shortened period.